IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Baxter Sr, Robert E<br>Baxter, Agnes R<br>Printed: 01/22/09 | Case Number: 08 B 14382<br>Judge: Squires, John H<br>Filed: 6/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 8, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 630.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 630.00 |
| Totals: | 630.00 | 630.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Home Loan Services | Secured | 0.00 | 0.00 |
| 2. | Home Loan Services | Secured | 2,129.60 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 461.18 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 790.46 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 184.33 | 0.00 |
| 6. | Palos Community Hospital | Unsecured | 11.42 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 59.43 | 0.00 |
| 8. | Nicor Gas | Unsecured | 57.48 | 0.00 |
| 9. | Banco Popular | Secured | | No Claim Filed |
| 10. | Ameriquest | Unsecured | | No Claim Filed |
| 11. | Bank Of America | Unsecured | | No Claim Filed |
| 12. | Cardmember Services | Unsecured | | No Claim Filed |
| 13. | HSBC | Unsecured | | No Claim Filed |
| 14. | E Trade Financial | Unsecured | | No Claim Filed |
| | | | $ 3,693.90 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Baxter Sr, Robert E<br>Baxter, Agnes R<br>Printed: 01/22/09 | Case Number: 08 B 14382<br>Judge: Squires, John H<br>Filed: 6/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

